In re Bruneau, Charles Jr. Rep.; Crane, Carl N. Rep.; Hainkel, John J. Jr. Rep.; Lancaster, Charles D. Jr. Rep.; Scogin, Edward C. Rep.; Dastuque, Quentin D. Rep.; Gee, Terry W. Rep.; Dimos, Jimmy N. Rep.; Landry, Ron Sen.; Osterberger, Kenneth E. Sen.; Louisiana Asphalt Pavement *119 Ass’n; Association Gen. Contrs. LA; Louisiana Ass’n. Gen. Contrs.; Louisiana Motor Transport Ass’n; Louisiana Highway Users Fed.; Louisiana Good Roads & Transp.; applying for supervisory writs; Parish of East Baton Rouge, 19th Judicial District Court, Div. “G”, No'. 311466.
Denied. Relators have an adequate remedy by appeal. Court of Appeal has indicated that it would grant an expedited appeal upon proper motion.